IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

REX LEE RITCHIE;
BILLY NELSON; and
JAMES E. KIRBY                                                              PLAINTIFF

               v.                          Civil No. 08-2066

LT. CUPP, Crawford County
Detention Center; JEFF MARVIN,
Jail Administrator, Crawford
County Detention Center; and
SHERIFF MIKE ALLEN                                                         DEFENDANTS

## ORDER

A complaint was submitted for filing in this district allegedly on behalf of Rex Lee Ritchie,

Billy Nelson, and James E. Kirby. The complaint is a *pro se* civil rights action under 42 U.S.C. § 1983.

The complaint has been provisionally filed prior to a determination regarding plaintiffs' status as a

pauper and service of process.

With his complaint, plaintiffs failed to submitted *in forma pauperis* (IFP) applications. For this

reason, **the clerk is directed to mail each plaintiff a blank IFP application**. Each plaintiff is given

until **August 13, 2008**, to complete IFP applications, including having the certificate portion of the IFP

application completed by the appropriate detention center official if the plaintiff is still incarcerated, and

return the application to this court for review and filing or pay the $350 filing fee. **If the plaintiffs fail**

**to return completed IFP applications or pay the $350 filing fee by August 13, 2008, the complaint**

**will become subject to summary dismissal for failure to obey an order of the court.**

IT IS SO ORDERED this 21st day of July 2008.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

-1-

AO72A
(Rev. 8/82)