IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

REX LEE RITCHIE;
BILLY NELSON; and
JAMES E. KIRBY                                                      PLAINTIFF

       v.                    Civil No. 08-2066

LT. CUPP, Crawford County
Detention Center; JEFF MARVIN,
Jail Administrator, Crawford
County Detention Center; and
SHERIFF MIKE ALLEN                                                  DEFENDANTS

## **REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE**

On June 20, 2008, a *pro se* civil rights complaint was filed on behalf of Rex Lee Ritchie, Billy Nelson, and James E. Kirby under 42 U.S.C. § 1983 in the Eastern District of Arkansas. The case was ordered transferred to this court as it involved actions that occurred at the Crawford County Detention Center and was against Lt. Cupp, Jeff Marvin, and Sheriff Marvin, of Crawford County and/or the Crawford County Detention Center.

With the complaint, plaintiffs failed to submit *in forma pauperis* (IFP) applications. For this reason, on July 21st an order was entered (Doc. 6) directing the court clerk to mail each plaintiff an IFP application. Plaintiffs were given until August 13, 2008, to complete, sign, and return the IFP application or pay the $350 filing fee. Plaintiffs were advised that failure to return the completed IFP application or pay the $350 filing fee by August 13, 2008, would result in the complaint becoming subject to summary dismissal for failure to obey an order of the court.

To date, none of the plaintiffs have returned a completed IFP application. None of the plaintiffs have communicated with the court in anyway.

AO72A
(Rev. 8/82)

I therefore recommend that this case be dismissed based on the plaintiffs' failure to prosecute.

**The plaintiffs have ten days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The plaintiffs are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 21st day of August 2008.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)