**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FORT SMITH DIVISION**

**REX LEE RITCHIE**                                                                    **PLAINTIFF**

**v.**                              **Civil No. 08-2066**

**LT. CUPP, Crawford County**
**Detention Center; JEFF MARVIN,**
**Jail Administrator, Crawford**
**County Detention Center, and**
**SHERIFF MIKE ALLEN**                                                         **DEFENDANTS**

### O R D E R

Now on this 20th day of May, 2009, comes on for consideration the **Report and Recommendation of the Magistrate Judge, Hon. James R. Marschewski** (document #11, filed April 20, 2009), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, plaintiff's Complaint is hereby **dismissed**.

**IT IS SO ORDERED.**

                                                              **/s/Jimm Larry Hendren**
                                                              **HON. JIMM LARRY HENDREN**
                                                              **UNITED STATES DISTRICT JUDGE**